UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

*RECEIVED 10 JUN -7 AM 10: 07 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

*190899 kang 6/7/10 99*

Debtor:    TILBERG, Sara Lee and Christopher Todd

Chapter 7 Case No.    09-51220

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CONSULTING RADIOLOGISTS<br>1221 Nicollet Mall, Suite 600<br>Minneapolis, MN 55403-2444 | 2 | $ 38.04 | $ 2.74 |

Date    6-4-10

J. Richard Stermer, Trustee